**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**AMIE JENNY TURAY**                    **CIVIL ACTION NO. 26-1246**

                                        **SECTION P**

**VS.**

                                        **JUDGE TERRY A. DOUGHTY**

**UNKNOWN DEFENDANT, ET AL.**    **MAG. JUDGE CAROL B. WHITEHURST**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, together with the written objections [Doc. No. 15] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Amie Jenny Turay's petition [Doc. No. 1] be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to re-file it if she has good reason to believe, in light of any changes in circumstance or new evidence, that her removal is not significantly likely in the reasonably foreseeable future.

MONROE, LOUISIANA, this 3rd day of August, 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE